Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants
TAMALPAIS COMMUNITY SERVICES DIST. and JON ELAM, erroneously named herein as JOE ELAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORY ANDERSON,<br><br>Plaintiff,<br>vs.<br><br>TAMALPAIS COMMUNITY SERVICES DISTRICT, JOE ELAM, BOARD OF TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DISTRICT, PEARCE & FRANKMAN, INC., MILLEN GRIFFITH, SPECIAL DISTRICT RISK MANAGEMENT SERVICES, and DOES 1 through 15,<br><br>Defendants. | Case No.: CV08-2354 JCS<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY AND CLERK OF THE MARIN COUNTY SUPERIOR COURT OF REMOVAL OF MARIN COUNTY SUPERIOR COURT ACTION NO. CV 081663 UNDER 28 U.S.C. §1441(b) [Federal Question] AND SUPPORTING DOCUMENTS LISTED HEREIN** |

JAN TAHENY certifies and declares as follows:

I am over the age of eighteen years and not a party to this action. My business address is Bertrand, Fox and Elliot, 2749 Hyde Street, San Francisco, California, 94109, which is located in the city, county and state where the mailings described below took place.

On May 7, 2008, I deposited in the United States mail at San Francisco, California, to Antonio L. Cortes, Esq., 528 Wisteria Way, San Rafael, CA 94903, a copy of the **Notice of Removal** of this action which was filed in the United States District Court for the Northern District of California on May 7, 2008, together with all documents received in connection with United States District Court Action No. C08-2354 JCS listed below:  (1) *Welcome to the U.S. District Court San*

1

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT

*Francisco; (2) Order Setting Initial Case Management Conference and ADR Deadlines; (3) ECF Registration Information Handout; (4) Drop Box Filing Procedures; (5) Notice of Assignment of Case to U.S. Magistrate Judge for Trial*

By One Legal filing service on May 7, 2008 I caused to be filed a copy of said **filed/endorsed Notice of Removal (without listed documents from the US District Court)** by the Clerk of the Superior Court/Marin County, P.O. Box 4988, San Rafael, CA 94903.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 7, 2008.

_____
Jan Taheny

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT