1 ANTONIO L. CORTÉS
Attorney at Law (CA Bar No. 142356)
2 528 Wisteria Way
3 San Rafael, California 94903
Tel: 415-256-1911
4 Fax: 415-256-1919

5 Attorney for Plaintiff Marjory Anderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARJORY ANDERSON, ) | CASE NO.  CV 08-2354-JCS |
| ) | |
| Plaintiff, ) | **PROOF OF SERVICE** |
| ) | |
| v. ) | |
| ) | |
| TAMALPAIS COMMUNITY ) | |
| SERVICES DISTRICT, *et al.*, ) | |
| ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

I am a citizen of the Unites States of America.  My business address is 528 Wisteria Way, San Rafael, California, 94903.  I am employed in Marin County where this service occurs.  I am over the age of 18 years and am not a party to the within civil action.

On May 14, 2008, I served the following document(s) described as:

**STANDING ORDER RE:  CASE MANAGEMENT CONFERENCE**

on the interested parties by depositing it in the United States mail, first class postage pre-paid, addressed it to the following persons:

    Christine Lee, Esq.
    Bertrand, Fox & Elliot
    The Waterfront Building
    2749 Hyde Street
    San Francisco, California 94109

1

PROOF OF SERVICE

1 | I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 14, 2008  _____/s/_____
Antonio L. Cortés

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

2

PROOF OF SERVICE