ANTONIO L. CORTÉS
Attorney at Law
Bar No. 142356
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiff
Marjory Anderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORY ANDERSON,<br><br>               Plaintiff,<br><br>v.<br><br>TAMALPAIS COMMUNITY SERVICES DISTRICT, *et al.,*<br><br>               Defendants<br>_____ | CASE NO. C 08-2354 JCS<br><br>**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, USC, Section 636(c), the undersigned party in the above-captioned matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the Unites States Court of Appeal for the Ninth Circuit.

DATED: May 16, 2008

_____/s/_____
Antonio L. Cortes,
Counsel for Plaintiff Marjory Anderson

_____1_____
CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE