Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
Joshua K. Clendenin, Bar No. 245564
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants
TAMALPAIS COMMUNITY SERIVCES DIST., JOE ELAM,
BOARD OF TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DIST.,
SPECIAL DISTRICT RISK MANAGEMENT SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORY ANDERSON,<br><br>        Plaintiff,<br>    vs.<br><br>TAMALPAIS COMMUNITY SERVICES DISTRICT, JOE ELAM, BOARD OF TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DISTRICT, PEARCE & FRANKMAN, INC., MILLEN GRIFFITH, SPECIAL DISTRICT RISK MANAGEMENT SERVICES, and DOES 1 through 15,<br><br>        Defendants. | Case No.: C08-02354 JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE**<br><br>Date:   July 11, 2008<br>Time:   9:30 a.m.<br>Dept.:  Courtroom A, 15th Floor<br><br>Honorable Joseph C. Spero |

Defendants TAMALPAIS COMMUNITY SERVICES DISTRICT and JON ELAM'S, *erroneously named herein as* JOE ELAM, Motion to Strike specified portions of the complaint of plaintiff MARJORY ANDERSON came on regularly for hearing on _____, 2008 in Department _____ of this Court. Antonio L. Cortes appeared for plaintiff and Christine Lee appeared for defendant.

///

///

///

1  The Court, having considered the papers and pleadings on file herein and the oral argument
2  of counsel, and good cause appearing therefore, HEREBY ORDERS as follows:
3  Defendants' Motion to Strike plaintiff's request for punitive damages is GRANTED.
4      IT IS SO ORDERED.

6  DATED: _____    _____
7                        Honorable Magistrate Judge Joseph C. Spero