Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants
TAMALPAIS COMMUNITY SERIVCES DIST., and
JON ELAM, erroneously named herein as JOE ELAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORY ANDERSON,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>TAMALPAIS COMMUNITY SERVICES DISTRICT, JOE ELAM, BOARD OF TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DISTRICT, PEARCE & FRANKMAN, INC., MILLEN GRIFFITH, SPECIAL DISTRICT RISK MANAGEMENT SERVICES, and DOES 1 through 15,<br><br>　　　　　Defendants. | Case No.:  CV08-2354 JCS<br><br>Date:   July 25, 2008<br>Tme:   9:30 a.m.<br>Dept.:  Courtroom A, 15th Floor<br><br>Honorable Joseph C. Spero |

**AMENDED NOTICE FOR DEFENDANTS TAMALPAIS COMMUNITY SERVICES DISTRICT & JON ELAM'S MOTION TO DISMISS, AND IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(b)(6) & 12(e)]**

1

**TO PLAINTIFFS AND TO THEIR ATTORNEY OF RECORD HEREIN:**

    **PLEASE TAKE NOTICE** that on **July 25, 2008, at 9:30 a.m.**, or as soon thereafter as the matter may be heard before the Honorable Joseph C. Spero in Courtroom A, of the above-entitled court, located at 450 Golden Gate Ave., San Francisco, California, defendants TAMALPAIS COMMUNITY SERVICES DISTRICT (hereinafter "DISTRICT') and JON ELAM (hereinafter "ELAM"), *erroneously named herein as JOE ELAM*, will and do move this court to dismiss this action pursuant to Federal Rules of Civil Procedure Rule (12)(b)(6) and, in the alternative, move this Court for a more definite statement under Rule 12(e), because plaintiff's complaint fails to state a cause of action as to her federal and state claims, and the complaint is so vague and ambiguous that defendants cannot prepare a meaningful response.

    This amended notice is made pursuant to learning that Judge Spero is unavailable on July 11, 2008. In addition, this notice corrects the erroneous and inadvertent listing of Board of Trustees of Tamalpais Community Services District and Special District Risk Management Services as represented parties in the signature line. Bertrand, Fox & Elliot does not yet represent defendant SPECIAL DISTRICT RISK MANAGEMENT SERVICES and plaintiff has agreed to dismiss defendant BOARD OF TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DISTRICT.

Dated: June 5, 2008                        BERTRAND, FOX & ELLIOT

                                      By: _____/s/_____
                                          Eugene B. Elliot
                                          Attorneys for Defendants
                                          TAMALPAIS COMMUNITY SERIVCES DIST.,
                                          and JON ELAM

DEFENDANTS DISTRICT & ELAM'S AMENDED NOTICE OF MOTION TO DISMISS
AND IN THE ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT