Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants
TAMALPAIS COMMUNITY SERVICES DISTRICT and JON ELAM,
erroneously named herein as JOE ELAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORY ANDERSON, <br><br>                Plaintiff, <br>       vs. <br><br> TAMALPAIS COMMUNITY SERVICES DISTRICT, JOE ELAM, BOARD OF TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DISTRICT, PEARCE & FRANKMAN, INC., MILLEN GRIFFITH, SPECIAL DISTRICT RISK MANAGEMENT SERVICES, and DOES 1 through 15, <br><br>                Defendants. | Case No.: C08-02354 JCS <br><br> **DEFENDANT TAMALPAIS COMMUNITY SERVICES DISTRICT AND JON ELAM'S AMENDED NOTICE OF MOTION TO STRIKE** <br><br> Date:   July 25, 2008 <br> Time:  9:30 a.m. <br> Dept.:  Courtroom A, 15th Floor <br><br> Honorable Joseph C. Spero |

**TO PLAINTIFF AND HER ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that on **July 25, 2008, at 9:30 a.m**., or as soon thereafter as the matter may be heard before the Honorable Joseph C. Spero in Courtroom A, of the above-entitled court, located at 450 Golden Gate Ave., San Francisco, California, defendants TAMALPAIS COMMUNITY SERVICES DISTRICT (hereinafter "DISTRICT') and JON ELAM (hereinafter "ELAM"), *erroneously named herein as JOE ELAM*, will and do move this court to strike all requests for punitive and exemplary damages against defendants.

This amended notice is made pursuant to learning that Judge Spero is unavailable on July 11, 2008. In addition, this notice corrects the erroneous and inadvertent listing of Board of Trustees of

1

Tamalpais Community Services District and Special District Risk Management Services as represented parties in the heading and signature line of the motion to strike. Bertrand, Fox & Elliot does not yet represent defendant SPECIAL DISTRICT RISK MANAGEMENT SERVICES and plaintiff has agreed to dismiss defendant BOARD OF TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DISTRICT.

Dated: June 5, 2008                               BERTRAND, FOX & ELLIOT

By: _____/s/_____
Eugene B. Elliot
Christine Lee
Attorneys for Defendants
TAMALPAIS COMMUNITY SERVICES DISTRICT
and JON ELAM