Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants
TAMALPAIS COMMUNITY SERVICES DIST. and JON ELAM, erroneously named herein as JOE ELAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORY ANDERSON,<br><br>    Plaintiff,<br>vs.<br><br>TAMALPAIS COMMUNITY SERVICES DISTRICT, JOE ELAM, BOARD OF TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DISTRICT, PEARCE & FRANKMAN, INC., MILLEN GRIFFITH, SPECIAL DISTRICT RISK MANAGEMENT SERVICES, and DOES 1 through 15,<br><br>    Defendants. | Case No.:  CV08-2354 JCS<br><br>**STIPULATION DISMISSING DEFENDANT BOARD OF TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DISTRICT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

It is agreed by and between plaintiff MARJORY ANDERSON and defendants TAMALPAIS COMMUNITY SERVICES DISTRICT and JON ELAM, erroneously named herein as JOE ELAM, that all claims against defendant BOARD OF TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DISTRICT ("Board") be dismissed without prejudice at this time. The dismissal is based on defendant TAMALPAIS COMMUNITY SERVICES DISTRICT'S representation that the BOARD OF TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DISTRICT is not a separate

entity and does not have the legal capacity to be sued.

The parties further stipulate that plaintiff may amend the complaint to name the Board as a defendant should investigation and/or discovery reveal that the Board is, in fact, an entity capable of being sued. The statute of limitations for bringing suit against the Board regarding the matters alleged in the complaint shall be tolled from the date the dismissal is filed; i.e., the amended complaint naming the Board will be deemed to have been filed on the date the original complaint was filed.

SO STIPULATED.

Dated: June 8, 2008

_____
ANTONIO L. CORTES
Attorney for Plaintiff Marjory Anderson

Dated: June 5, 2008

_____
EUGENE B. ELLIOT
Attorney for Defendants Tamalpais Community Services District and Jon Elam

---

2

STIPULATION REGARDING DISMISSAL OF DEFENDANT BOARD OF TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DISTRICT