# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Marjory Anderson, | ) Civil Action No. CV08-2354 JCS |
| Plaintiff | ) |
| v. | ) |
| Tamalpais Community Services District, | ) |
| Joe Elam, Board of Directors of | ) |
| Tamalpais Community Services District, | ) |
| Pearce & Frankman, Inc., Millen Griffith, | ) |
| Special District Risk Management | ) |
| Services, and Does 1 through 15 | ) |
| Defendants | |

**Summons in a Civil Action**

**TO:** Pearce & Frankman, Inc., Millen Griffith, and Special District Risk Management Services

A lawsuit has been filed against you.

   Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Antonio L. Cortes
   Attorney at Law
   528 Wisteria Way
   San Rafael, California 94903
   (415) 256-1911

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                              Richard W. Wieking
                              Name of clerk of court

Date:  JUN  5 2008

                              Deputy clerk's signature

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).*)