| *Attorney or Party without Attorney:* Antonio L. Cortes, Esq., Bar #142356<br>Antonio L. Cortes, Attorney at Law<br>528 Wisteria Way<br>San Rafael, CA  94903<br>*Telephone No:* 415-256-1911     *FAX No:* 415-256-1919 | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:*  | |
| *Attorney for:* Plaintiff | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| United States District Court - Northern District Of California |

| *Plaintiff:* Marjory Anderson |
|---|
| *Defendant:* Tamalpais Community Services District, et al. |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* CV082354JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Civil Standing Orders for Magistrate Judge Joseph C. Spero; Consent to Proceed Before a Magistrate Judge; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for All Judges of the Northern District of California; Standing Order Re: Case Mangement Conference; Notice of Removal of Marin County Superior Court Action No. CV 081663 Under 28 U.S.C. 1441(b) [Federal Questions]

3. a. *Party served:*          Special District Risk Management Services
   b. *Person served:*         C. Paul Frydendal, CFO, White, Male, 40 Years Old, Brown Hair, 5 Feet 10 Inches, 175 Pounds

4. *Address where the party was served:*     1112 I Street, Suite 300
                                              Sacramento, CA  95814

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., May. 28, 2008 (2) at: 2:56PM

7. **Person Who Served Papers:**                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. J. Marshall                                              d. **The Fee for** *Service was:*     $57.50



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

**Voice: 916.449.8990**
**FAX: 916.449.8991**

   e. I am: (3)  registered California process server
         (i)   Independent Contractor
         (ii)  *Registration No.:*    98-61
         (iii) *County:*              Sacramento
         (iv)  *Expiration Date:*     Fri, Jun. 27, 2008

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Thu, May. 29, 2008

   Judicial Council Form                    PROOF OF SERVICE                    (J. Marshall)
   Rule 2.150.(a)&(b) Rev January 1, 2007                                                       *ancor.94186*