1  James P. Wagoner, # 058553
   Ruby Ann D. Helsley, # 191812
2  A. Robert Rhoan, # 231949
   McCORMICK, BARSTOW, SHEPPARD,
3  WAYTE & CARRUTH LLP
   P.O. Box 28912
4  5 River Park Place East
   Fresno, CA 93720-1501
5  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
6
   Attorneys for Defendant
7  SPECIAL DISTRICT RISK MANAGEMENT
   AUTHORITY erroneously sued herein as Special
8  District Risk Management Services

(SPACE BELOW FOR FILING STAMP ONLY)

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  MARJORY ANDERSON,<br><br>13            Plaintiff,<br><br>14  v.<br><br>15  TAMALPAIS COMMUNITY SERVICES DISTRICT, JOE ELAM, BOARD OF<br>16  TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DISTRICT,<br>17  PEARCE & FRANKMAN, INC., MILLEN GRIFFITH, SPECIAL<br>18  DISTRICT RISK MANAGEMENT SERVICES, and DOES 1 through 15,<br>19<br>            Defendants. | Case No. 3:08-CV-2354-VRW<br><br>**DECLARATION OF PAUL FRYDENDAL IN SUPPORT OF SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY'S MOTION TO DISMISS**<br><br>Date:    August 21, 2008<br>Time:    2:30 p.m.<br>Judge:   Hon. Vaughn R. Walker<br>Dept:    Courtroom No. 6 |

I, C. Paul Frydendal, declare as follows:

1.  I am Chief Financial Officer for the above-named Defendant Special District Risk Management Authority ("SDRMA"), erroneously sued herein as "Special District Risk Management Services." As such, I am authorized to make this declaration on behalf of SDRMA.

2.  My business address is Special District Risk Management Authority, 1112 I Street, Suite 300, Sacramento, California 95814-2865.

3.  On or about April 5, 2002, I filled out a Statement of Facts – Roster of Public Agencies Filing and filed it with the California Secretary of State's Office. On or about April 30, 2002, I received a letter from Secretary of State Bill Jones' office acknowledging the filing of this Statement of Facts pursuant to California Government Code Section 53051 since April 22, 2002. True and correct copies of the filing and the letter I received are attached hereto as Exhibit 1.

4.  On or about August 4, 2003, I filled out a Statement of Facts – Roster of Public Agencies Filing and filed it with the California Secretary of State's Office. On or about August 14, 2003, I received a letter from Secretary of State Kevin Shelley's office acknowledging the filing of this Statement of Facts pursuant to California Government Code Section 53051 since August 6, 2003. True and correct copies of the filing and the letter I received are attached hereto as Exhibit 2.

5.  On or about July 25, 2005, I filled out a Statement of Facts – Roster of Public Agencies Filing and filed it with the California Secretary of State's Office. On or about August 2, 2005, I received a letter from Secretary of State Bruce McPherson's office acknowledging the filing of this Statement of Facts pursuant to California Government Code Section 53051 since July 27, 2005. True and correct copies of the filing and the letter I received are attached hereto as Exhibit 3.

6.  On or about April 24, 2008, I filled out a Statement of Facts – Roster of Public Agencies Filing and filed it with the California Secretary of State's Office. On or about May 20, 2008, I received a letter from Secretary of State Debra Bowen's office acknowledging the filing of this Statement of Facts pursuant to California Government Code Section 53051 since May 15, 2008. True and correct copies of the filing and the letter I received are attached hereto as Exhibit

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

DECLARATION OF PAUL FRYDENDAL IN SUPPORT OF SDRMA'S MOTION TO DISMISS

4.

7. Based upon these filings, and on information and belief, SDRMA has been listed on California's Roster of Public Agencies from April 22, 2002 to the present.

I know of the above of my own personal knowledge and if called as a witness, I could competently testify thereto. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on June 17, 2008 at Sacramento, California.

By: _____
C. Paul Frydendal

DECLARATION OF PAUL FRYDENDAL IN SUPPORT OF SDRMA'S MOTION TO DISMISS

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On June 17, 2008, I served the within documents:

**DECLARATION OF PAUL FRYDENDAL IN SUPPORT OF SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY'S MOTION TO DISMISS**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☒ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by ECF to be posted to the website and notice given to all parties that the document has been served.

☐ **BY ELECTRONIC MAIL:** by causing documents(s) to be transmitted by electronic mail to the below e-mail addresses.

| | |
|---|---|
| Antonio L. Cortes<br>Attorney at Law<br>528 Wisteria Way<br>San Rafael, CA 94903<br>Phone: 415-256-1911<br><br>*Attorneys for Plaintiff*<br>Marjory Anderson | Eugene B. Elliott<br>Christine Lee<br>Bertrand, Fox & elliott<br>The Waterfront Building<br>2749 Hyde Street<br>San Francisco, CA 94109<br>Phone: 415-353-0999<br>Fax: 415-353-0990<br><br>*Attorneys for Defendants*<br>Tamalpais CSD and Jon Elam |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2  Executed on June 17, 2008, at Fresno, California.

*/s/ Alysia Eckersberg*
Alysia Eckersberg

PROOF OF SERVICE

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On June 17, 2008, I served the within documents:

**DECLARATION OF PAUL FRYDENDAL IN SUPPORT OF SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY'S MOTION TO DISMISS**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by ECF to be posted to the website and notice given to all parties that the document has been served.

☒ **BY ELECTRONIC MAIL:** by causing documents(s) to be transmitted by electronic mail to the below e-mail addresses.

Steven B. Shatz, President
Pearce & Frankman, Inc.
Insurance Adjusters
2380 Junipero Serra Blvd.
Daly City, CA 94015
650-756-7400; 650-756-3948-FAX
sshatz@claimsadjuster.com

Millen Griffith
Pearce & Frankman, Inc.
Insurance Adjusters
2380 Junipero Serra Blvd.
Daly City, CA 94015
650-756-7400; 650-756-3948-FAX

Jachyn Davis
Lerch Sturmer, LLP
333 Bush Street, Suite 2020
San Francisco, California 94104

E: jdavis@lerchsturmer.com
Tel: (415) 217-6354
Faxt: (415) 217-2782

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
P.O. Box 28912
Fresno, CA 93729-8912

PROOF OF SERVICE

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 17, 2008, at Fresno, California.

_____
Alysia Eckersberg