James P. Wagoner, # 058553
Ruby Ann D. Helsley, # 191812
A. Robert Rhoan, # 231949
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant
SPECIAL DISTRICT RISK MANAGEMENT
AUTHORITY erroneously sued herein as Special
District Risk Management Services

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORY ANDERSON,<br><br>           Plaintiff,<br><br>v.<br><br>TAMALPAIS COMMUNITY SERVICES DISTRICT, JOE ELAM, BOARD OF TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DISTRICT, PEARCE & FRANKMAN, INC., MILLEN GRIFFITH, SPECIAL DISTRICT RISK MANAGEMENT SERVICES, and DOES 1 through 15,<br><br>           Defendants. | Case No. 3:08-CV-2354-VRW<br><br>**SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:    August 21, 2008<br>Time:    2:30 p.m.<br>Judge:   Hon. Vaughn Walker<br>Dept:    Courtroom No. 6 |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

SDRMA'S REQUEST FOR JUDICIAL NOTICE

Defendant Special District Risk Management Authority ("SDRMA"), erroneously sued herein as "Special District Risk Management Services," by and through its' attorneys of record, hereby request that this Court take judicial notice of certified copies of records maintained by the California Secretary of State, and the fact that SDRMA is a public entity. Federal Rule of Evidence 201(b), provides:

> "A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned."

Judicial notice may be taken of records maintained by the California Secretary of State. *See Oregon Ass'n of Homes for the Aging, Inc.*, 5 F.3d 1239, 1243, n. 2 (9th Cir. 1993) (court may take judicial notice of records and reports of administrative bodies); *Gay-Straight Alliance Network v. Visalia Unified School Dist.*, 262 F.Supp.2d 1088, 1100 (E.D. Cal. 2001) (considering motion to dismiss and strike and judicially noticing certified copies of official records made by the California Secretary of State showing the registration of the Visalia Unified School District with the roster of public agencies); *In re Golden State Capital Corp.*, 317 B.R. 144, 148, fn. 4 (judicially noticing records maintained on the California Secretary of State's website); *Piazza v. EMPI, Inc.*, 2008 WL 590494, at *4 (E.D. Cal. 2008), 2008 U.S. Dist. LEXIS 28136 (same); *Pollution Denim & Co. v. Pollution Clothing Co.*, ---F.Supp.2d---, 2007 WL 4973851, at *7, n. 9 (C.D. Cal. 2007) (same).

In addition, judicial notice may be taken of the fact that SDRMA is a public entity. *See Alexander v. Underhill*, 416 F.Supp.2d 999, 1010-1011 (D. Nev. 2006) (considering motion to dismiss and holding that judicial notice could be taken of the fact that an organization is federally funded entity); *Magee v. Nassau Cty. Med. Center*, 27 F.Supp.2d 154, 159 (E.D.N.Y. 1998) (considering motion to dismiss and taking judicially noticing that organization was a public entity); *Avila v. Turlock Irrigation Dist.*, 2006 WL 3437549, at *8 (E.D. Cal. 2006), 2006 U.S. Dist. LEXIS 89750 (judicially noticing the fact that an organization was a non-profit political

subdivision of the State of California, and therefore, a public entity).

Accordingly, SDRMA requests that this court take judicial notice of the following:

1. Letter dated April 26, 2002, from Secretary of State Bill Jones acknowledging the filing in the Secretary of State's Office of a Statement of Facts – Roster of Public Agencies filed by Special District Risk Management Authority pursuant to California Government Code Section 53051, a copy of which is attached hereto as Exhibit A.

2. Letter dated August 12, 2003, from Secretary of State Kevin Shelley acknowledging the filing in the Secretary of State's Office of a Statement of Facts – Roster of Public Agencies filed by Special District Risk Management Authority pursuant to California Government Code Section 53051, a copy of which is attached hereto as Exhibit B.

3. Letter dated July 29, 2005, from Secretary of State Kevin Shelley acknowledging the filing in the Secretary of State's Office of a Statement of Facts – Roster of Public Agencies filed by Special District Risk Management Authority pursuant to California Government Code Section 53051, a copy of which is attached hereto as Exhibit C.

4. Letter dated May 16, 2008, from Secretary of State Debra Bowen acknowledging the filing in the Secretary of State's Office of a Statement of Facts – Roster of Public Agencies filed by Special District Risk Management Authority pursuant to California Government Code Section 53051, a copy of which is attached hereto as Exhibit D.

Based on the foregoing, SDRMA requests that the Court also take judicial notice of the following:

1. That at all times relevant to this action, SDRMA has been a public entity properly listed on the rooster of public agencies maintained by the Secretary of State pursuant to California Government Code § 53051.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

SDRMA'S REQUEST FOR JUDICIAL NOTICE

| | |
|---|---|
| 1  Dated: June 17, 2008 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| 2 | |
| 3 | |
| 4 | By: _____/s/ James P. Wagoner /s/_____ |
|   | James P. Wagoner |
| 5 | Ruby Ann D. Helsley |
|   | A. Robert Rhoan |
| 6 | Attorneys for Defendant |
|   | SPECIAL DISTRICT RISK |
| 7 | MANAGEMENT AUTHORITY |
|   | erroneously sued herein as Special District |
|   | Risk Management Services |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 River Park Place East
Fresno, CA 93720-1501

4

SDRMA'S REQUEST FOR JUDICIAL NOTICE

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On June 17, 2008, I served the within documents:

**SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY'S REQUEST FOR JUDICIAL NOTICE**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☒ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by ECF to be posted to the website and notice given to all parties that the document has been served.

☐ **BY ELECTRONIC MAIL:** by causing documents(s) to be transmitted by electronic mail to the below e-mail addresses.

Antonio L. Cortes
Attorney at Law
528 Wisteria Way
San Rafael, CA 94903
Phone: 415-256-1911

*Attorneys for Plaintiff*
Marjory Anderson

Eugene B. Elliott
Christine Lee
Bertrand, Fox & elliott
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Phone: 415-353-0999
Fax: 415-353-0990

*Attorneys for Defendants*
Tamalpais CSD and Jon Elam

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

   Executed on June 17, 2008, at Fresno, California.

_____
Alysia Eckersberg

PROOF OF SERVICE

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
P.O. Box 28912
FRESNO, CA 93729-8912

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On June 17, 2008, I served the within documents:

**SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY'S
REQUEST FOR JUDICIAL NOTICE**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by ECF to be posted to the website and notice given to all parties that the document has been served.

☒ **BY ELECTRONIC MAIL:** by causing documents(s) to be transmitted by electronic mail to the below e-mail addresses.

Steven B. Shatz, President
Pearce & Frankman, Inc.
Insurance Adjusters
2380 Junipero Serra Blvd.
Daly City, CA 94015
650-756-7400; 650-756-3948-FAX
sshatz@claimsadjuster.com

Millen Griffith
Pearce & Frankman, Inc.
Insurance Adjusters
2380 Junipero Serra Blvd.
Daly City, CA 94015
650-756-7400; 650-756-3948-FAX

Jachyn Davis
Lerch Sturmer, LLP
333 Bush Street, Suite 2020
San Francisco, California 94104

E: jdavis@lerchsturmer.com
Tel: (415) 217-6354
Faxt: (415) 217-2782

PROOF OF SERVICE

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 17, 2008, at Fresno, California.

_____
Alysia Eckersberg

PROOF OF SERVICE