# EXHIBIT 1

Executive Office
  Archives
  Business Programs
    Business Filings
    Notary Public
    Uniform Commercial Code
  Elections
  Information Technology
  Management Services
  Political Reform

APR 3 0 2002



BILL JONES
Secretary of State
State of California

BUSINESS PROGRAMS
Special Filings
1500 - 11th Street, Room 345
Sacramento, CA 95814
P.O. Box 944225
Sacramento, CA 94244-2250
(916) 653-3984
Internet: www.ss.ca.gov

April 26, 2002

C Paul Frydenal
Special District Risk Mangement Authority
1481 River Park Dr Ste 110
Sacramento, CA 95815-4501

The purpose of this letter is to acknowledge the filing in this office of a Statement of Facts for **Special District Risk Mangement Authority** pursuant to California Government Code Section 53051. This Statement of Facts was filed as of April 22, 2002.

For future updates we have enclosed a blank Statement of Facts form for your convenience. You may reproduce the form as necessary.

                                    Sincerely,

                                    Special Filings Unit

Enclosure

*"In California, the Secretary of State means business."*

Executive Office
  Archives
  Business Programs
    Business Filings
    Notary Public
    Uniform Commercial Code
  Elections
  Information Technology
  Management Services
  Political Reform



**BILL JONES**
*Secretary of State*
*State of California*

BUSINESS PROGRAMS
Special Filings
1500 - 11th Street, Room 345
Sacramento, CA  95814
P.O. Box 944225
Sacramento, CA 94244-2250
(916) 653-3984
Internet: www.ss.ca.gov

April 16, 2002

APR 1 8

C Paul Frydendal
Special District Risk Management Authority
1481 River Park Dr Ste 110
Sacramento, CA 95815-4501

The Statement of Facts/Letter, submitted pursuant to Government Code Section 53051, is being returned to you for the reason(s) indicated below.  Please resubmit a correct statement.

[X]    We have listed on all files that this district serves all other counties; however, in the "County" field you have only listed Sacramento without mentioning "serving all other counties."  Please clarify.



# State of California
## Bill Jones
### Secretary of State

## STATEMENT OF FACTS
## ROSTER OF PUBLIC AGENCIES FILING
(Government Code Section 53051)

(Office Use Only)

Instructions:

1. Complete and mail to: Secretary of State,
   P.O. Box 944225, Sacramento, CA 94244-2250 (916) 653-3984

2. A street address must be given as the official mailing address or as the address of the presiding officer.

3. Complete addresses as required.

4. If you need additional space, please include information on an 8½ X 11 page.

New Filing ☐    Update ☒

Legal name of Public Agency: Special District Risk Management Authority

Nature of Update: Change in Board Members

County: Sacramento — Serving Counties Statewide
Official Mailing Address: 1481 River Park Drive, Suite 110, Sacramento, CA 95815-4501

Name and Address of each member of the governing board:

Chairman, President or other Presiding Officer (Indicate Title): President
Name: David Aranda    Address: 28500 Stallion Springs Dr., Tehachapi, CA 93561

Secretary or Clerk (Indicate Title): Secretary
Name: Greg Hall    Address: 15160 Jackson Road, Rancho Murieta, CA 95683

Members:
Name: John Yeakley    Address: 28999 S. Lower Valley Road, Tehachapi, CA 93561-7460
Name: Ken Sonksen    Address: 568 S. Rainbow Rd, Sanger, CA 93657
Name: Dewey Ausmus    Address: 2640 Glenridge Road, Escondido, CA 92025
Name: Thomas Lewis    Address: P.O. Box 1174, Hayfork, CA 96041-1174
Name: ___    Address: ___

Date: 4-5-02

Signature: C. Paul Frydendal

Typed Name and Title: C. Paul Frydendal, Chief Financial Officer

# EXHIBIT 2



SECRETARY OF STATE
# KEVIN SHELLEY
STATE OF CALIFORNIA



**FILE COPY**

AUGUST 12, 2003

JAMES W TOWNS
SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY
1481 RIVER PARK DRIVE SUITE 110
SACRAMENTO CA 95815-4501

The purpose of this letter is to acknowledge the filing in this office of a Statement of Facts for **SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY** pursuant to California Government Code Section 53051. This Statement of Facts was filed as of AUGUST 6, 2003.

For future updates blank forms can be downloaded from our website at *www.ss.ca.gov*

Sincerely,

Special Filings Unit

SPECIAL FILINGS  1500 11TH STREET, 2ND FLOOR • SACRAMENTO, CA 95814 • PO BOX 942877 • SACRAMENTO, CA 94277-0001 • 916 653 3984 • WWW.SS.CA.GOV

PROGRAMS  ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, GOLDEN STATE MUSEUM,
MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

**SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY**

August 5, 2003

Honorable Kevin Shelley
Secretary of State
P.O. Box 944225
Sacramento, CA 94244-2250

Re:   Amendments to Two (2) Joint Powers Agreements, Transfer of Assets & Liabilities, Termination of One JPA

Dear Mr. Shelley:

We are enclosing numerous documents related to two (2) separate Joint Powers Agreements. The two JPA's and related documents are for:

**Special Districts Workers Compensation Authority (SDWCA):**
– Amendment to a Joint Powers Agreement - Form LP/SF-404B
– Second Amended Joint Powers Agreement
– Statement of Facts - Form LP/SF 405
– Resolution #2003-01 of the SDWCA Board transferring all assets and liabilities to the Special District Risk Management Authority (SDRMA), approved May 6, 2003
– $5 check for the filing fee

**Special District Risk Management Authority (SDRMA):**
– Amendment to a Joint Powers Agreement - Form LP/SF-404B
– Fifth Amended and Restated Joint Powers Agreement, effective July 1, 2003
– Statement of Facts - Form LP/SF 405
– Resolution #2003-03 of the SDRMA Board accepting all assets and liabilities of the Special Districts Workers Compensation Authority (SDWCA), approved June 30, 2003
– $5 check for the filing fee

As of July 1, 2003, the first organization (SDWCA) was merged into the second organization (SDRMA) and as a result, SDWCA no longer exists as a separate JPA. The property/liability program SDRMA, now offers a workers comp program that includes separate accounting for all of the former SDWCA members. This may be significantly more information than you want or need, but if you have any questions about any of these documents, please call me at 916.641.2773.

Sincerely,

C. Paul Frydendal, CPA
Chief Financial Officer



SPECIAL DISTRICT
RISK MANAGEMENT
AUTHORITY
1481 River Park Dr, Ste 110
Sacramento, CA 95815
Tel: 916.641.2773
Fax: 916.641.2776

California
Special Districts
Association
1215 K Street, Ste 930
Sacramento, CA 95814
Tel: 916.442.7887
Fax: 916.442.7889
www.csda.net

CSDA Finance
Corporation
1215 K Street, Ste 930
Sacramento, CA 95814
Tel: 916.442.7887
Fax: 916.442.7889

Toll-Free Numbers
General: 1.877.924.CSDA

SDRMA Claims & Coverages:
1.800.537.7790

An alliance committed to serving California's independent special districts.



# State of California
# Bill Jones
# Secretary of State

## STATEMENT OF FACTS
## ROSTER OF PUBLIC AGENCIES FILING
(Government Code Section 53051)

Instructions:

1. Complete and mail to: Secretary of State,
   P.O. Box 944225, Sacramento, CA 94244-2250 (916) 653-3984

2. A street address must be given as the official mailing address or as the address of the presiding officer.

3. Complete addresses as required.

4. If you need additional space, please include information on an 8½ X 11 page.

New Filing ☐    Update ☒

Legal name of Public Agency: Special District Risk Management Authority

Nature of Update: Increase # of Board members, Changes to Board Officers

County: Sacramento - serving counties statewide

Official Mailing Address: 1481 River Park Drive, Suite 110
Sacramento, CA 95815-4501

Name and Address of each member of the governing board:

Chairman, President or other Presiding Officer (Indicate Title): President
Name: David Aranda    Address: 28500 Stallion Springs Dr, Tehachapi, CA 93561-5265

Secretary or Clerk (Indicate Title): Secretary
Name: Greg Hall    Address: 15160 Jackson Road, Rancho Murieta, CA 95683

Members: See attached listing
Name: _____   Address: _____
Name: _____   Address: _____
Name: _____   Address: _____
Name: _____   Address: _____
Name: _____   Address: _____

Date: August 4, 2003

Signature: [signed]

Typed Name and Title: James W. Towns, Chief Executive Officer

SEC/STATE LP/SF 405 (REV. 12/99)

## Balance of SDRMA Board Members
## July 1, 2003

**Ken Sonksen, Vice President**
568 S. Rainbow
Sanger, CA 93657-9660

**Alan Dyer**
P.O. Box 920
Rialto, CA 92377-0920

**Harold Gano**
1966 Olivenhain Rd
Encinitas, CA 92024-5699

**Thomas Lewis**
P.O. Box 1174
Hayfork, CA 96041-1174

**Dana Mulder**
201 Aviation St.
Shafter, CA 93263-4002

**Saundra Stark**
411 E. Chapman Ave.
Placentia, CA 92870-6198

**John Yeakley**
28999 S. Lower Valley Road
Tehachapi, CA 93561-7460

G:\Sect of State\list of extra bd members 8-4-03.wpd

# EXHIBIT 3





July 29th 2005

C. Paul Frydendal, Chief Financial Officer
Special District Risk Management Authority
1112 "I" St., Ste 300
Sacramento, CA 95814-2865

The purpose of this letter is to acknowledge the filing in this office of a Statement of Facts for **Special District Risk Management Authority** pursuant to California Government Code Section 53051. This Statement of Facts was filed as of July 27th 2005.

For future updates blank forms can be downloaded from our website at *www.ss.ca.gov*

Sincerely,

Special Filings Unit



# State of California
# Bill Jones
## Secretary of State

## STATEMENT OF FACTS
## ROSTER OF PUBLIC AGENCIES FILING
(Government Code Section 53051)

Instructions:

1. Complete and mail to: Secretary of State,
   P.O. Box 944225, Sacramento, CA 94244-2250 (916) 653-3984

2. A street address must be given as the official mailing address or as the address of the presiding officer.

3. Complete addresses as required.

4. If you need additional space, please include information on an 8½ X 11 page.

(Office Use Only)

New Filing ☐    Update ☒

Legal name of Public Agency: Special District Risk Management Authority

Nature of Update: Change of Address

County: Sacramento – serving members in counties statewide
Official Mailing Address: 1112 "I" Street, Suite 300
Sacramento, CA 95814-2865

Name and Address of each member of the governing board:

Chairman, President or other Presiding Officer (Indicate Title): President
Name: David Aranda    Address: 28500 Stallion Springs Dr., Tehachapi, CA 93561-5265

Secretary or Clerk (Indicate Title): Secretary
Name: Greg Hall    Address: 15160 Jackson Road, Rancho Murieta, CA 95683

Members: See other directors on attached listing
Name: _____    Address: _____
Name: _____    Address: _____
Name: _____    Address: _____
Name: _____    Address: _____
Name: _____    Address: _____

Date: July 25, 2005
Signature: C. Paul Frydendal
Typed Name and Title: C. Paul Frydendal, Chief Financial Officer

SEC/STATE LP/SF 405 (REV. 12/99)

## Balance of SDRMA Board Members
### July 25, 2005

**Ken Sonksen, Vice President**
568 S. Rainbow
Sanger, CA 93657-9660

**Alan Dyer**
P.O. Box 920
Rialto, CA 92377-0920

**Harold Gano**
1966 Olivenhain Rd
Encinitas, CA 92024-5699

**Thomas Lewis**
P.O. Box 1174
Hayfork, CA 96041-1174

**Dana Mulder**
201 Aviation St.
Shafter, CA 93263-4002

**Saundra Stark**
411 E. Chapman Ave.
Placentia, CA 92870-6198

**John Yeakley**
28999 S. Lower Valley Road
Tehachapi, CA 93561-7460

G:\Sec'y of State\list of extra bd members 8-4-03.wpd

# EXHIBIT 4



May 16, 2008

C. Paul Frydendal, Chief Financial Officer
Special District Risk Management Authority
1112 I St., Ste. 300
Sacramento, CA 95814-2865



The purpose of this letter is to acknowledge the filing in this office of a Statement of Facts for **Special District Risk Management Authority** pursuant to California Government Code Section 53051. This Statement of Facts was filed as of May 15, 2008.

For future updates blank forms can be downloaded from our website at *www.sos.ca.gov*

Sincerely,

Special Filings Unit

FILE COPY



# State of California
## Secretary of State

## STATEMENT OF FACTS
## ROSTER OF PUBLIC AGENCIES FILING
(Government Code Section 53051)

Instructions:

1. Complete and mail to: Secretary of State,
   P.O. Box 942877, Sacramento, CA 94277-0001  (916) 653-3984

2. A street address must be given as the official mailing address or as the address of the presiding officer.

3. Complete addresses as required.

4. If you need additional space, please include information on an 8½ X 11 page.

(Office Use Only)

New Filing [ ]    Update [✓]

Legal name of Public Agency: Special District Risk Management Authority

Nature of Update: Change in Board Members

County: Sacramento - serving members in counties statewide

Official Mailing Address: 1112 "I" Street, Suite 300, Sacramento, CA 95814-2865

Name and Address of each member of the governing board:

Chairman, President or other Presiding Officer (Indicate Title): President
Name: Ken Sonksen        Address: 568 South Rainbow, Sanger CA 93657-9660

Secretary or Clerk (Indicate Title): Secretary
Name: John Woolley        Address: 825 5th Street, Eureka, CA 95501-1107

Members:
Name: John Yeakley, Vice President        Address: 28999 South Lower Valley Road, Tehachapi, CA 93561-7460
Name: David Aranda, Director              Address: 28500 Stallion Springs Drive, Tehachapi, CA 93561-5265
Name: Tom Lewis, Director                 Address: P.O. Box 1174, Hayfork, CA 96041-1174
Name: Bill Miller, Director               Address: 4000 Rio Del Norte Street, Bakersfield, CA 93308-1024
Name: Jerry Ledbetter, Director           Address: 43885 South Grimmer Blvd. Fremont, CA 94538-6438

Date: April 24, 2008

Signature
C. Paul Frydendal, Chief Financial Officer
Typed Name and Title

SEC/STATE NP/SF 405 (REV. 03/2005)