James P. Wagoner, # 058553
Ruby Ann D. Helsley, # 191812
A. Robert Rhoan, # 231949
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant
SPECIAL DISTRICT RISK MANAGEMENT
AUTHORITY erroneously sued herein as Special
District Risk Management Services

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORY ANDERSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TAMALPAIS COMMUNITY SERVICES DISTRICT, JOE ELAM, BOARD OF TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DISTRICT, PEARCE & FRANKMAN, INC., MILLEN GRIFFITH, SPECIAL DISTRICT RISK MANAGEMENT SERVICES, and DOES 1 through 15,<br><br>　　　　　Defendants. | Case No. 3:08-CV-2354-VRW<br><br>**[PROPOSED] ORDER GRANTING SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY'S MOTION TO DISMISS**<br><br>Date:　　August 21, 2008<br>Time:　　2:30 p.m.<br>Judge:　　Hon. Vaughn R. Walker<br>Dept:　　Courtroom No. 6 |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

[PROPOSED] ORDER GRANTING SDRMA'S MOTION TO DISMISS

Defendant Special District Risk Management Authority's ("SDRMA"), erroneously sued herein as "Special District Risk Management Services," Motion to Dismiss came on regularly for hearing on August 21, 2008 at 2:30 p.m. in Courtroom 6 of the above-entitled Court. SDRMA was represented by McCormick, Barstow, Sheppard, Wayte & Carruth LLP. Plaintiff Marjory Anderson ("Plaintiff") was represented by Antonio Cortes, Esq. After considering all papers in support of and in opposition to the motion and oral argument of counsel, IT IS HEREBY ORDERED that SDRMA's Motion to Dismiss is GRANTED, without leave to amend, on the following grounds:

1. Plaintiffs' Fourth Cause of Action for Negligence fails to state a claim upon which relief can be granted in that the allegations of this cause of action establish, as a matter of law, that Plaintiff does not have standing to sue SDRMA directly without first obtaining a judgment against SDRMA's member or its employee, as required by California Insurance Code Section 11580(b)(2).

2. Plaintiffs' Sixth Cause of Action for Theft, Conversion, and/or Waste fails to state a claim upon which relief can be granted in that the allegations of this cause of action establish, as a matter of law, that Plaintiff does not have standing to sue SDRMA directly without first obtaining a judgment against SDRMA's member or its employee, as required by California Insurance Code Section 1158(b)(2).

3. Plaintiffs' Seventh Cause of Action for Wrongful Interference with a Prospective Economic Advantage fails to state a claim upon which relief can be granted in that the allegations of this cause of action establish, as a matter of law, that Plaintiff does not have standing to sue SDRMA directly without first obtaining judgment against SDRMA's member or its employee, as required by California Insurance Code Section 11580(b)(2).

4. Plaintiffs' Eighth Cause of Action for Violation of Civil Rights fails to state a claim upon which relief can be granted in that the allegations of this cause of action establish, as a matter of law, that Plaintiff does not have standing to sue SDRMA directly without first obtaining judgment against SDRMA's member or its employee, as required by California Insurance Code Section 11580(b)(2).

1   IT IS SO ORDERED.

2

3   Dated: June 17, 2008

4                                          By:_____
                                                  Hon. Vaughn R. Walker
5                                                      Chief Judge
                                                United States District Court
6                                              Northern District of California

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

[PROPOSED] ORDER GRANTING SDRMA'S MOTION TO DISMISS

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On June 17, 2008, I served the within documents:

**[PROPOSED] ORDER GRANTING SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY'S MOTION TO DISMISS**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☒ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by ECF to be posted to the website and notice given to all parties that the document has been served.

☐ **BY ELECTRONIC MAIL:** by causing documents(s) to be transmitted by electronic mail to the below e-mail addresses.

Antonio L. Cortes
Attorney at Law
528 Wisteria Way
San Rafael, CA 94903
Phone: 415-256-1911

*Attorneys for Plaintiff*
Marjory Anderson

Eugene B. Elliott
Christine Lee
Bertrand, Fox & elliott
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Phone: 415-353-0999
Fax: 415-353-0990

*Attorneys for Defendants*
Tamalpais CSD and Jon Elam

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
P.O. Box 28912
Fresno, CA 93729-8912

PROOF OF SERVICE

1  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2  Executed on June 17, 2008, at Fresno, California.

*[signature]*
Alysia Eckersberg

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On June 17, 2008, I served the within documents:

**[PROPOSED] ORDER GRANTING SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY'S MOTION TO DISMISS**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by ECF to be posted to the website and notice given to all parties that the document has been served.

☒ **BY ELECTRONIC MAIL:** by causing documents(s) to be transmitted by electronic mail to the below e-mail addresses.

Steven B. Shatz, President  
Pearce & Frankman, Inc.  
Insurance Adjusters  
2380 Junipero Serra Blvd.  
Daly City, CA 94015  
650-756-7400; 650-756-3948-FAX  
sshatz@claimsadjuster.com  

Millen Griffith  
Pearce & Frankman, Inc.  
Insurance Adjusters  
2380 Junipero Serra Blvd.  
Daly City, CA 94015  
650-756-7400; 650-756-3948-FAX  

Jachyn Davis  
Lerch Sturmer, LLP  
333 Bush Street, Suite 2020  
San Francisco, California 94104  

E: jdavis@lerchsturmer.com  
Tel: (415) 217-6354  
Faxt: (415) 217-2782

1         I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on June 17, 2008, at Fresno, California.

_____
Alysia Eckersberg

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P.O. Box 28912
FRESNO, CA 93729-8912

PROOF OF SERVICE