James P. Wagoner, # 058553
Ruby Ann D. Helsley, # 191812
A. Robert Rhoan, # 231949
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
SPECIAL DISTRICT RISK MANAGEMENT
AUTHORITY erroneously sued herein as Special
District Risk Management Services

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORY ANDERSON,<br><br>          Plaintiff,<br><br>v.<br><br>TAMALPAIS COMMUNITY SERVICES DISTRICT, JOE ELAM, BOARD OF TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DISTRICT, PEARCE & FRANKMAN, INC., MILLEN GRIFFITH, SPECIAL DISTRICT RISK MANAGEMENT SERVICES, and DOES 1 through 15,<br><br>          Defendants. | Case No. 3:08-CV-2354-VRW<br><br>**[PROPOSED] ORDER GRANTING SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY'S MOTION TO STRIKE PLAINTIFFS' EXEMPLARY AND PUNITIVE DAMAGE CLAIMS**<br><br>Date:     August 21, 2008<br>Time:    2:30 p.m.<br>Judge:   Hon. Vaughn R. Walker<br>Dept:    Courtroom No. 6 |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

[PROPOSED] ORDER GRANTING SDRMA'S MOTION TO STRIKE PLAINTIFFS' CLAIMS FOR EXEMPLARY AND PUNITIVE DAMAGES

Defendant Special District Risk Management Authority's ("SDRMA"), erroneously sued herein as "Special District Risk Management Services," Motion to Strike Plaintiffs' Claims for Exemplary and Punitive Damages came on regularly for hearing before this Court on August 21, 2008 at 2:30 p.m. in Courtroom 6 of the above-entitled Court. SDRMA was represented by McCormick, Barstow, Sheppard, Wayte & Carruth LLP. Plaintiff Marjory Anderson was represented by Antonio L. Cortes, Esq.

After considering all papers in support of and in opposition to the motion and the oral argument of counsel, IT IS HEREBY ORDERED that the following paragraphs of Plaintiffs' complaint are stricken:

1. "Because Defendants were grossly negligent, and/or breached their duties to Mrs. Anderson with oppression, fraud, and/or malice, they should be required to pay exemplary damages of three to nine times that amount." Plaintiffs Complaint ("Complaint") at ¶ 52.

2. "Mrs. Anderson is entitled to punitive and exemplary damages from . . . SDRMA, . . . for said conversion, theft, or waste in an amount to be determined at trial between $90,000 and $405,000." Complaint at ¶ 66.

3. "Because . . . SDRMA's interference with [sic] was legally and/or actually malicious, Mrs. Anderson is entitled to punitive damages from . . . SDRMA in an amount to be proven a trial between $900,000 and $4,050,000." Complaint at ¶ 74.

4. "Pursuant to Cal. Civil Code § 52(a), Mrs. Anderson is entitled to treble damages of over $3 million from . . . SDRMA . . . for each of their alleged acts of discrimination." Complaint at ¶ 82.

5. "Pursuant to State statutes such as Civil Code § 3294, Mrs. Anderson is entitled to punitive and exemplary damages in an amount to be proven at trial." Complaint at ¶ 86.

6. "For treble damages of $3,000,000.00 against . . . SDRMA . . ." Complaint at ¶ 86(b).

7. "For punitive and exemplary damages of $9,000,000.00 against . . . SDRMA . . . for punitive and exemplary damages against each other Defendant according to proof . . ." Complaint at ¶ 86(g).

1    IT IS SO ORDERED.

2
Dated:
3

4                                                          By:_____
                                                              Hon. Vaughn R. Walker
5                                                             Chief Judge
                                                              United States District Court
6                                                             Northern District of California

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

[PROPOSED] ORDER GRANTING SDRMA'S MOTION TO STRIKE PLAINTIFFS' CLAIMS FOR
EXEMPLARY AND PUNITIVE DAMAGES

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On June 17, 2008, I served the within documents:

**[PROPOSED] ORDER GRANTING SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY'S MOTION TO STRIKE PLAINTIFFS' EXEMPLARY AND PUNITIVE DAMAGE CLAIMS**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☒ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by ECF to be posted to the website and notice given to all parties that the document has been served.

☐ **BY ELECTRONIC MAIL:** by causing documents(s) to be transmitted by electronic mail to the below e-mail addresses.

Antonio L. Cortes
Attorney at Law
528 Wisteria Way
San Rafael, CA 94903
Phone: 415-256-1911

*Attorneys for Plaintiff*
Marjory Anderson

Eugene B. Elliott
Christine Lee
Bertrand, Fox & elliott
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Phone: 415-353-0999
Fax: 415-353-0990

*Attorneys for Defendants*
Tamalpais CSD and Jon Elam

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I

am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 17, 2008, at Fresno, California.

_____
Alysia Eckersberg

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
P.O. Box 28912
Fresno, CA 93729-8912

PROOF OF SERVICE

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On June 17, 2008, I served the within documents:

**[PROPOSED] ORDER GRANTING SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY'S MOTION TO STRIKE PLAINTIFFS' EXEMPLARY AND PUNITIVE DAMAGE CLAIMS**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by ECF to be posted to the website and notice given to all parties that the document has been served.

☒ **BY ELECTRONIC MAIL:** by causing documents(s) to be transmitted by electronic mail to the below e-mail addresses.

Steven B. Shatz, President
Pearce & Frankman, Inc.
Insurance Adjusters
2380 Junipero Serra Blvd.
Daly City, CA 94015
650-756-7400; 650-756-3948-FAX
sshatz@claimsadjuster.com

Millen Griffith
Pearce & Frankman, Inc.
Insurance Adjusters
2380 Junipero Serra Blvd.
Daly City, CA 94015
650-756-7400; 650-756-3948-FAX

Jachyn Davis
Lerch Sturmer, LLP
333 Bush Street, Suite 2020
San Francisco, California 94104

E: jdavis@lerchsturmer.com
Tel: (415) 217-6354
Faxt: (415) 217-2782

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on June 17, 2008, at Fresno, California.

_____
Alysia Eckersberg

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P.O. Box 28912
FRESNO, CA 93729-8912

PROOF OF SERVICE