1   James P. Wagoner, # 058553
    Ruby Ann D. Helsley, # 191812
2   A. Robert Rhoan, # 231949
    McCORMICK, BARSTOW, SHEPPARD,
3   WAYTE & CARRUTH LLP
    P.O. Box 28912
4   5 River Park Place East
    Fresno, CA 93720-1501
5   Telephone:  (559) 433-1300
    Facsimile:  (559) 433-2300
6
    Attorneys for Defendant
7   SPECIAL DISTRICT RISK MANAGEMENT
    AUTHORITY erroneously sued herein as Special
8   District Risk Management Services

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORY ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>TAMALPAIS COMMUNITY SERVICES DISTRICT, JOE ELAM, BOARD OF TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DISTRICT, PEARCE & FRANKMAN, INC., MILLEN GRIFFITH, SPECIAL DISTRICT RISK MANAGEMENT SERVICES, and DOES 1 through 15,<br><br>Defendants. | Case No. 3:08-CV-2354-VRW<br><br>**[PROPOSED] ORDER GRANTING SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY'S MOTION FOR ADMINISTRATIVE RELIEF TO JOIN IN TAMALPAIS COMMUNITY SERVICES DISTRICT AND JON ELAM'S MOTION TO DISMISS**<br><br>[Fed. R. Civ. P. 12(b)(6), 12(e) & 12(g)(1); Civil L.R. 7-11]<br><br>Date:  August 21, 2008<br>Time:  2:30 p.m.<br>Judge:  Hon. Vaughn R. Walker<br>Dept:  Courtroom No. 6 |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

[PROPOSED] ORDER GRANTING SDRMA'S MOTION FOR ADMINISTRATIVE RELIEF TO JOIN CO-DEFENDANTS' MOTION TO DISMISS

The Court, having considered Defendant Special District Risk Management Authority's ("SDRMA"), erroneously sued herein as "Special District Risk Management Services," Motion for Administrative Relief to Join in Tamalpais Community Service District and Jon Elam's, erroneously sued herein as Joe Elam, Motion to Dismiss and the papers and pleadings on file herein, and any other evidence submitted in support of SDRMA's motion, HEREBY ORDERS as follows:

SDRMA's Motion for Administrative Relief to Join in Talampais Community Service District and Jon Elam's Motion to Dismiss as to the following issues is GRANTED:

1. Plaintiff Marjory Anderson's ("Plaintiff") Section 1983 claim fails to state claim upon which relief may be granted against SDRMA because the alleged conduct was not pursuant to an official policy, pattern or practice of SDRMA.

2. Plaintiffs' Section 1983 claim fail to state a claim upon which relief may be granted against SDRMA because SDRMA did not participate directly or have knowledge of the alleged discriminatory conduct.

3. Plaintiff fails to state a claim upon which relief may be granted under the First Amendment because she failed to allege that her First Amendment Rights were violated.

4. Plaintiff fails to state a claim upon which relief may be granted under the Fifth Amendment because SDRMA is not a federal actor.

5. Plaintiff fails to state a claim upon which relief may be granted under the Fourteenth Amendment because the denial of compensation is not a constitutionally protected right.

6. Plaintiff fails to state a claim upon which relief may be granted under the Fourteenth Amendment because the denial of compensation does not shock the conscience.

7. Plaintiff fails to state a claim upon which relief may be granted under the Equal Protection Clause because she cannot allege she was treated differently than those similarly situated.

8. Plaintiff fails to state a claim upon which relief can be granted under Title VI against SDRMA for failure to allege that SDRMA receives federal funding.

9. Plaintiff fails to state a claim upon which relief can be granted for violation of the Religious Freedom Restoration Act for failure to identify a federal law or regulation.

10. Plaintiff fails to state a claim upon which relief can be granted for violation of the California Constitution and the Unruh Civil Rights Act for failure to identify the right violated.

11. Plaintiffs' eighth cause of action as it relies on the 2004 overflow is barred by the statute of limitations.

12. Plaintiffs' first through sixth causes of action are barred by the statute of limitations to the extent they rely on the 2004 overflow.

13. Plaintiffs' second, fourth, sixth and seventh causes of action are barred against SDRMA because it is immune from common law tort claims.

14. Plaintiff's claim for negligence per se fails to state a cause of action because SDRMA is immune from common law tort claims and because Plaintiff relies on statutes inapplicable to the overflows.

15. Plaintiff fails to state a claim upon which relief may be granted for wrongful interference with prospective economic advantage because she does not allege facts to show an economic relationship with a third party, the probability of future economic benefit or wrongful conduct.

16. Plaintiffs' complaint is so vague and ambiguous that a more definite pleading is required.

IT IS SO ORDERED.

Dated:

By:_____
Hon. Vaughn R. Walker
Chief Judge
United States District Court
Northern District of California

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

[PROPOSED] ORDER GRANTING SDRMA'S MOTION FOR ADMINISTRATIVE RELIEF TO JOIN CO-DEFENDANTS' MOTION TO DISMISS

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On June 17, 2008, I served the within documents:

**[PROPOSED] ORDER GRANTING SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY'S MOTION FOR ADMINISTRATIVE RELIEF TO JOIN IN TAMALPAIS COMMUNITY SERVICES DISTRICT AND JON ELAM'S MOTION TO DISMISS**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☒ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by ECF to be posted to the website and notice given to all parties that the document has been served.

☐ **BY ELECTRONIC MAIL:** by causing documents(s) to be transmitted by electronic mail to the below e-mail addresses.

Antonio L. Cortes
Attorney at Law
528 Wisteria Way
San Rafael, CA 94903
Phone: 415-256-1911

*Attorneys for Plaintiff*
Marjory Anderson

Eugene B. Elliott
Christine Lee
Bertrand, Fox & elliott
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Phone: 415-353-0999
Fax: 415-353-0990

*Attorneys for Defendants*
Tamalpais CSD and Jon Elam

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I

am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on June 17, 2008, at Fresno, California.

_____
Alysia Eckersberg

PROOF OF SERVICE

**PROOF OF SERVICE**

      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On June 17, 2008, I served the within documents:

**[PROPOSED] ORDER GRANTING SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY'S MOTION FOR ADMINISTRATIVE RELIEF TO JOIN IN TAMALPAIS COMMUNITY SERVICES DISTRICT AND JON ELAM'S MOTION TO DISMISS**

☐   **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐   **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒   **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐   **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐   **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by ECF to be posted to the website and notice given to all parties that the document has been served.

☒   **BY ELECTRONIC MAIL:** by causing documents(s) to be transmitted by electronic mail to the below e-mail addresses.

| | |
|---|---|
| Steven B. Shatz, President | Millen Griffith |
| Pearce & Frankman, Inc. | Pearce & Frankman, Inc. |
| Insurance Adjusters | Insurance Adjusters |
| 2380 Junipero Serra Blvd. | 2380 Junipero Serra Blvd. |
| Daly City, CA 94015 | Daly City, CA 94015 |
| 650-756-7400; 650-756-3948-FAX | 650-756-7400; 650-756-3948-FAX |
| sshatz@claimsadjuster.com | |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
P.O. Box 28912
Fresno, CA 93729-8912

PROOF OF SERVICE

1  Jachyn Davis
   Lerch Sturmer, LLP
2  333 Bush Street, Suite 2020
   San Francisco, California 94104
3
4  E: jdavis@lerchsturmer.com
   Tel: (415) 217-6354
5  Faxt:  (415) 217-2782

6

7    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

8

9    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

10

11   Executed on June 17, 2008, at Fresno, California.

_____
Alysia Eckersberg

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
P.O. Box 28912
Fresno, CA 93729-8912

PROOF OF SERVICE