| | |
|---|---|
| James P. Wagoner, # 058553<br>Ruby Ann D. Helsley, # 191812<br>Robert Rhoan, # 231949<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA 93720-1501<br>Telephone:    (559) 433-1300<br>Facsimile:    (559) 433-2300<br><br>Attorneys for Defendant<br>SPECIAL DISTRICT RISK MANAGMENT<br>AUTHORITY erroneously sued herein as Special<br>District Risk Mangement Services | (SPACE BELOW FOR FILING STAMP ONLY) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORY ANDERSON,<br><br>   Plaintiff,<br><br>v.<br><br>TAMALPAIS COMMUNITY SERVICES DISTRICT, JOE ELAM, BOARD OF TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DISTRICT, PEARCE & FRANKMAN, INC., MILLEN GRIFFITH, SPECIAL DISTRICT RISK MANAGEMENT SERVICES, and DOES 1 thought 15,<br><br>   Defendant. | Case No. CV08-2354 JCS<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:      August 21, 2008<br>Time:      2:30 p.m.<br>Judge:    Hon. Vaughn R. Walker<br>Dept:      Courtroom No. 6 |

I, Alysia Eckersberg, certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501, Fresno, California.

On June 17, 2008, I deposited in the United States mail at Fresno, California, to Steven B. Shatz and Millen Griffith, Pearce & Frankman, Inc., 2380 Junipero Sierra Blvd., Daly City, California 94015, a copies of (1) Special District Risk Management Authority's ("SDRMA")

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

CERTIFICATE OF SERVICE

Notice of Motion and Motion to Dismiss; (2) [Proposed] Order Granting SDRMA's Motion to Dismiss; (3) SDRMA's Notice of Motion and Motion for Administrative Relief to Join Tamalpais Community Service District and Jon Elam's Motion to Dismiss; (4) [Proposed] Order Granting SDRMA's Motion for Administrative Relief; (5) SDRMA's Notice of Motion and Motion to Strike Plaintiffs' Claim for Exemplary and Punitive Damages; (6) [Proposed] Order Granting SDRMA's Motion to Strike Exemplary and Punitive Damages; (7) SDRMA's Request for Judicial Notice; (8) Declaration of Paul Frydendal; and (9) SDRMA's Notice of Appearance, which were electronically filed in the United States District Court for the Northern District of California on June 17, 2008. In addition, on June   I sent by electronic mail, PDF versions of the foregoing documents to sshatz@claimsadjuster.com, the e-mail address of record for Mr. Shatz.

I declare under penalty of perjury that the foregoing is true and correct. Executed June 17, 2008.

*/s/ Alysia Eckersberg*