Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
Joshua K. Clendenin, Bar No. 245564
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants
TAMALPAIS COMMUNITY SERIVCES DIST. and JON ELAM,
erroneously named herein as JOE ELAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORY ANDERSON,<br><br>    Plaintiff,<br>  vs.<br><br>TAMALPAIS COMMUNITY SERVICES DISTRICT, JOE ELAM, BOARD OF TRUSTEES OF TAMALPAIS COMMUNITY SERVICES DISTRICT, PEARCE & FRANKMAN, INC., MILLEN GRIFFITH, SPECIAL DISTRICT RISK MANAGEMENT SERVICES, and DOES 1 through 15,<br><br>    Defendants. | Case No.:  C08-02354 VRW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS TAMALPAIS COMMUNITY SERVICES DISTRICT AND JON ELAMN'S MOTION TO STRIKE** |

Defendants TAMALPAIS COMMUNITY SERVICES DISTRICT (hereinafter "DISTRICT") and JON ELAM'S, *erroneously named herein as* JOE ELAM, Motion to Strike specified portions of the complaint of plaintiff MARJORY ANDERSON came on regularly for hearing on _____, 2008 in Department _____ of this Court.  Antonio L. Cortes appeared for plaintiff and Christine Lee appeared for defendant.

///

///

///

1

The Court, having considered the papers and pleadings on file herein and the oral argument of counsel, and good cause appearing therefore, HEREBY ORDERS as follows: Defendants' Motion to Strike plaintiff's request for punitive damages against the DISTRICT and JON ELAM in his official capacity is GRANTED.

IT IS SO ORDERED.

DATED: _____          _____

                                        Honorable Chief Judge Vaughn R. Walker