1  DEBRA STEEL STURMER (State Bar No. 105276)
   JACHYN K. DAVIS (State Bar No. 236432)
2  LERCH STURMER LLP
   333 Bush Street, Ste. 2020
3  San Francisco, California 94104
   Telephone:   (415) 217-6340
4  Facsimile:   (415) 217-2782

5  Attorneys for Defendants
   PEARCE & FRANKMAN, INC. and
6  MILLEN GRIFFITH

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 MARJORY ANDERSON,                          ) Case No.: 3:08-CV-2354-VRW
                                              )
11         Plaintiff,                         ) [PROPOSED] ORDER GRANTING PEARCE
                                              ) & FRANKMAN, INC. and MILLEN
12    v.                                      ) GRIFFITH'S MOTION TO STRIKE
                                              ) EXEMPLARY AND PUNITIVE DAMAGES
13 TAMALPAIS COMMUNITY SERVICES               )
   DISTRICT, JOE ELAM, BOARD OF               ) Date: August 21, 2008
14 TRUSTEES OF TAMALPAIS COMMUNITY            ) Time: 2:30 pm
   SERVICES DISTRICT, PEARCE &                ) Courtroom: 6
15 FRANKMAN, INC., MILLEN GRIFFITH,           )
   SPECIAL DISTRICT RISK MANAGEMENT           )
16 SERVICES AND DOES 1 through 15,            ) Honorable Vaughn R. Walker
                                              )
17         Defendants.                        )
                                              )
18

19         Defendants, PEARCE & FRANKMAN, INC. and MILLEN GRIFFITH'S ("PEARCE" or

20 "defendants") Motion to Strike came on regularly for hearing on August 21, 2008 at 2:30 p.m., in

21 the above captioned court.  PEARCE was represented by Debra Sturmer of Lerch Sturmer LLP.

22 Plaintiff Marjory Anderson was represented by Antonio Cortes, Esq.

23         After considering all of the records in support of and opposition to the motion and oral

24 argument of counsel of record, IT IS HEREBY ORDERED that the following paragraph's of

25 plaintiff's complaint are stricken:

26         1. "Because Defendants were grossly negligent, and/or breached their duties to Mrs.

27 Anderson with oppression, fraud and/or malice, they should be required to pay exemplary damages

28 of three to nine times that amount."  Complaint, ¶52.

2. "Mrs. Anderson is entitled to punitive and exemplary damages from TCSD, Joe Elam, Board of Trustees, SDRMA, Pearce, Millen, and Does 11 through 15 for said conversion, theft, or waste in an amount to be determined at trial to be between $90,000 and $405,000." Complaint, ¶ 66.

3. "Because Pearce, Griffith, Elam, and SDRMA's interference with [sic] was legally and/or actually malicious, Mrs. Anderson is entitled to punitive damages from Pearce, Griffith, Elam, and SDRMA in an amount to be proven at trial to be between $900,000 and $4,050.000." Complaint, ¶ 74.

4. "Pursuant to State statutes such as Civil Code § 3294, Mrs. Anderson is entitled to punitive and exemplary damages in an amount to be proven at trial to be between $2 million and $9 million." Complaint, ¶ 86.

5. "For punitive and exemplary damages of $9,000.000 against each of TCSD, SDRMA, Elam, Pearce, and Griffith and for punitive and exemplary damages against each other Defendant according to proof." Complaint, ¶ 86(g).

IT IS SO ORDERED:

DATED:_____

Hon. Vaughn R. Walker
Chief Judge
United States District Court
Northern District of California