1  DEBRA STEEL STURMER (State Bar No. 105276)
   JACHYN K. DAVIS (State Bar No. 236432)
2  LERCH STURMER LLP
   333 Bush Street, Ste. 2020
3  San Francisco, California 94104
   Telephone:   (415) 217-6340
4  Facsimile:   (415) 217-2782

5  Attorneys for Defendants
   PEARCE & FRANKMAN, INC. and
6  MILLEN GRIFFITH

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 MARJORY ANDERSON,                        )  Case No.: 3:08-CV-2354-VRW
                                            )
11           Plaintiff,                     )  **[PROPOSED] ORDER GRANTING**
                                            )  **PEARCE & FRANKMAN, INC. and**
12      v.                                  )  **MILLEN GRIFFITH'S MOTION TO**
                                            )  **DISMISS**
13 TAMALPAIS COMMUNITY SERVICES             )
   DISTRICT, JOE ELAM, BOARD OF             )  Date: August 21, 2008
14 TRUSTEES OF TAMALPAIS COMMUNITY          )  Time: 2:30 pm
   SERVICES DISTRICT, PEARCE &              )  Courtroom: 6
15 FRANKMAN, INC., MILLEN GRIFFITH,         )
   SPECIAL DISTRICT RISK MANAGEMENT         )
16 SERVICES AND DOES 1 through 15,          )  Honorable Vaughn R. Walker
                                            )
17           Defendants.                    )
                                            )

18

19       Defendants, PEARCE & FRANKMAN, INC. and MILLEN GRIFFITH'S ("PEARCE" or

20 "defendants") Motion to Dismiss or in the alternative Motion for a More Definite Statement came

21 on regularly for hearing on August 21, 2008 at 2:30 p.m., in the above captioned court.  PEARCE

22 was represented by Debra Sturmer of Lerch Sturmer LLP.  Plaintiff Marjory Anderson was

23 represented by Antonio Cortes, Esq.  After considering all of the records in support of and

24 opposition to the motion and oral argument of counsel of record, IT IS HEREBY ORDERED that

25 PEARCE'S Motion to Dismiss is GRANTED, without leave to amend, on the following grounds

26 and/or PEARCE's Motion for a More Definite Statement is GRANTED, on the following grounds:

27 ///

28 ///

1
[PROPOSED] ORDER GRANTING PEARCE & FRANKMAN and MILLEN GRIFFITH'S MOTION TO DISMISS

1. Plaintiff's Sixth Cause of Action for Theft, Conversion and/or Waste fails to state a claim upon which relief can be granted in that the allegations of this cause of action establish that PEARCE did not have dominion and control over the plaintiff's property.

2. Plaintiff's Seventh Cause of Action for Wrongful Interference with a Prospective Economic Advantage fails to state a claim upon which relief can be granted in that the allegations of this cause of action establish as a matter of law that Plaintiff did not have an economic relationship with TCSD, further that PEARCE did not commit any wrongful conduct as defined by the law, nor can plaintiff establish that PEARCE's conduct amounted to an actual disruption.

3. Plaintiff's Eighth Cause of Action for Civil Rights Violations fails to state a claim upon which relief can be granted in that the allegations of this cause of action establish as a matter of law that PEARCE did not violate plaintiff's rights under the First, Fifth and Fourteenth Amendments of the Constitution of the United States, 42 U.S.C. § 2000d, *et seq*., the Religious Freedom Restoration Act of 1993, 41 U.S.C. 2000bb, *et seq*., and 42 U.S.C. § 1983; or the Unruh Act.

**AS TO DEFENDANTS' ALTERNATIVE MOTION PURSUANT TO RULE 12(e)**

1. Plaintiff's complaint is vague and ambiguous and plaintiff is ordered to file a more definite statement so that defendants are put on notice regarding the specific allegations charged against them in this court with regards to the Sixth and/or Seventh and/or Eighth causes of action.

**IT IS SO ORDERED**

DATED: _____

                                              Hon. Vaughn R. Walker
                                              Chief Judge
                                              United States District Court
                                              Northern District of California