1 Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
2 BERTRAND, FOX & ELLIOT
The Waterfront Building
3 2749 Hyde Street
San Francisco, California 94109
4 Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990
5

6 Attorneys for Defendants
TAMALPAIS COMMUNITY SERVICES DIST. and JON ELAM, erroneously
named herein as JOE ELAM
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 MARJORY ANDERSON,                          Case No.:  CV08-2354 JCS

12            Plaintiff,                       NOTICE OF UNAVAILABILITY OF
                                               COUNSEL
13       vs.

14 TAMALPAIS COMMUNITY SERVICES
DISTRICT, JOE ELAM, BOARD OF
15 TRUSTEES OF TAMALPAIS COMMUNITY
SERVICES DISTRICT, PEARCE &
16 FRANKMAN, INC., MILLEN GRIFFITH,
SPECIAL DISTRICT RISK MANAGEMENT
17 SERVICES, and DOES 1 through 15,

18            Defendants.

19

20 **TO PLAINTIFF MARJORY ANDERSON AND HER ATTORNEY OF RECORD:**

21       NOTICE IS HEREBY GIVEN that commencing August 5, 2008 and continuing through and

22 including August 15, 2008, Eugene B. Elliot, of the Law Offices of Bertrand, Fox & Elliot, counsel

23 for TAMALPAIS COMMUNITY SERVICES DIST. and JON ELAM, will be absent from his office

24 and therefore unavailable for all purposes, including but not limited to receiving notices of any kind,

25 responding to ex parte applications, appearing in Court, responding to pleadings or attending

26 depositions.

27 ///

28 ///

1

1    Purposefully scheduling a conflicting proceeding without good cause is sanctionable conduct.

2  *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th 299.

3

4  Dated: July 8, 2008                              BERTRAND, FOX, & ELLIOT

5

6                                        By: _____/s/_____

7                                            Eugene B. Elliot
                                             Attorneys for TAMALPAIS COMMUNITY
8                                            SERVICES DIST. and JON ELAM

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF UNAVAILABILITY OF COUNSEL