ANTONIO L. CORTÉS
Attorney at Law (CA Bar No. 142356)
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiff Marjory Anderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARJORY ANDERSON, | ) CASE NO.  CV 08-2354-VRW |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| v. | ) |
| TAMALPAIS COMMUNITY SERVICES DISTRICT, *et al.*, | ) |
| Defendants | ) |

I am a citizen of the Unites States of America.  My business address is 528 Wisteria Way, San Rafael, California, 94903.  I am employed in San Rafael, California, County of Marin, where this service occurs.  I am over the age of 18 years and am not a party to the within civil action.

On July 9, 2008, I served the following document(s) described as:

1. **CLERK'S NOTICE (DOCKET NO. 44);**

2. **ORDER SETTING CASE MANAGEMENT CONFERENCE (DOCKET NO. 44-2);**

3. **VAUGHN A. WALKER, UNITED STATES DISTRICT CHIEF JUDGE STANDING ORDERS (DOCKET NO. 44-3)**

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

1

CERTIFICATE OF SERVICE

1  on the interested parties by depositing them in the United States mail, first class postage

2  pre-paid, addressed to the following persons:

3

4  Christine Lee, Esq.                    Debra Steel Sturmer, Esq.
   Bertrand, Fox & Elliot                 Lerch Sturmer LLP
5  The Waterfront Building                333 Bush Street, Suite 2020
   2749 Hyde Street                       San Francisco, California 94104
6  San Francisco, California 94109

7  James P. Wagoner, Esq.
   McCormack, Barstow, Sheppard
8   Wayte & Caruth LLP
   P.O. Box 28912
9  5 River Park Place East
   Fresno, California 93720-1501

10       I declare under penalty of perjury that the foregoing is true and correct to the

11 best of my knowledge and belief.

12 Dated: July 9, 2008                     _____/s/_____
13                                         Antonio L. Cortés

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

2
CERTIFICATE OF SERVICE