ANTONIO L. CORTÉS
Attorney at Law
Bar No. 142356
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiff
Marjory Anderson

UNITED STATES DISTRICT COURT
NORTHERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORY ANDERSON,<br><br>  Plaintiff,<br><br> v.<br><br>TAMALPAIS COMMUNITY<br>SERVICES DISTRICT, *et al.,*<br><br>  Defendants<br>_____ | CASE NO. CV08-2354 VRW<br><br>**NON-OPPOSITION TO SDRMA'S MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Hearing: August 21, 2008<br>Time: 2:30 pm<br>Dept: Courtroom 6, 17th Floor<br><br>Honorable Vaughn R. Walker |

Plaintiff, Marjory Anderson does not oppose Special District Risk Management Authority's ("SDRMA") motion, filed June 17, 2008, seeking an order allowing it to join in the Motion of Tamalpais Community Services District ("TCSD") to dismiss or for a more definite statement.

DATED: July 31, 2008

_____/s/_____
Antonio L. Cortes,
Counsel for Plaintiff

_____1_____
NON-OPPOSITION TO SDRMA'S MOTION FOR ADMINISTRATIVE RELIEF