1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

### Northern District of California

10   Anderson,                                                    08-02354 VRW

11                      Plaintiff(s),              **NOTICE RE: NONCOMPLIANCE**
                                                   **WITH COURT ORDER**
12        v.

13   Tamalpais Community Services District,

14                      Defendant(s).

15

16        The parties have failed to file an ADR Certification and either a Stipulation and

17   [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18   Conference as required by the Initial Case Management Scheduling Order.  Counsel

19   shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20   matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21   an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22   **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23   ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24   at www.adr.cand.uscourts.gov.)

25

26        Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27   copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28   (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-02354 VRW                                    -1-

United States District Court
Northern District of California

United States District Court
Northern District of California

1    450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2    to an e-mail directed to adr@cand.uscourts.gov.

3

4        It is the responsibility of counsel to schedule an ADR Phone Conference, if

5    required, to occur before the Case Management Conference.

6

7

8    Dated: August 7, 2008

9                                           RICHARD W. WIEKING
                                            Clerk
10                                          by:    Lisa M. Salvetti

11

12    _____
                                            ADR Administrative Assistant
13                                          415-522-2032
                                            lisa_salvetti@cand.uscourts.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice Re: Noncompliance With Court Order**
08-02354 VRW                              -2-

## PROOF OF SERVICE

Case Name:          Anderson v. Tamalpais Community Services District

Case Number:     08-02354 VRW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 7, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Antonio Luis Cortes
> Attorney at Law
> 528 Wisteria Way
> San Rafael, CA 94903
> corteslaw@comcast.net
>
> Eugene Burton Elliot
> Bertrand, Fox & Elliot
> 2749 Hyde Street
> San Francisco, CA 94109
> eelliot@bfesf.com
>
> Christine Lee
> Bertrand, Fox & Elliot
> 2749 Hyde Street
> The Waterfront Building
> San Francisco, CA 94109
> clee@bfesf.com
>
> Debra Steel Sturmer
> Lerch Sturmer LLP

333 Bush Street
Suite 2020
San Francisco, CA 94104
DSturmer@lerchsturmer.com

Jachyn Katura Davis
Lerch Sturmer LLP
333 Bush Street, Ste. 2020
San Francisco, CA 94104
jdavis@lerchsturmer.com

Albert A. Robert Rhoan Jr.
McCormick Barstow, LLP
5 River Park Place East
Fresno, CA 93720
robert.rhoan@mccormickbarstow.com

James P. Wagoner
McComick Barstow Sheppard Wayte Carruth
WAGONER LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720
jim.wagoner@mccormickbarstow.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 7, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa M. Salvetti

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov