ANTONIO L. CORTÉS
Attorney at Law
Bar No. 142356
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiff
Marjory Anderson

UNITED STATES DISTRICT COURT
NORTHERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORY ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>TAMALPAIS COMMUNITY<br>SERVICES DISTRICT, *et al.*,<br><br>    Defendants | CASE NO. CV08-2354 VRW<br><br>**JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER** |

  The parties to the above-captioned action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

  1.  Jurisdiction and Service: The bases for the Court's jurisdiction over Plaintiff's claims are 28 USC §§ 1331, 1343(a) and 1441. The parties see no issues regarding personal jurisdiction or venue. All defendants have been served or have waived service. All defendants have appeared. Plaintiff may wish to amend the Complaint to add additional Defendants after at least some discovery is taken. Plaintiff will add additional

1
**JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER**

parties no later than November 3, 2008. The Parties reserve their rights to object to the addition of new parties.

      2.    <u>Facts</u>: Plaintiff claims that: sewage belonging to Tamalpais Community Services District ("TCSD") entered her home on two occasions causing property damage and physical and emotional injury; workers employed by TCSD, Special District Risk Management Authority ("SDRMA"), and/or Pearce and Frankman, Inc. ("Pearce") ordered her away from the area in which they were working, and in her absence, stole, converted, or wasted her valuable portable property. Defendants deny those claims. Principal factual issues include:

    a. Whether Defendants adequately responded to the entry of TCSD's sewage into the home of Plaintiff Marjory Anderson;

    b. Whether Defendants or others under their control took personal property belonging to Mrs. Anderson without her consent;

    c. The value of damage to Mrs. Anderson's home;

    d. The value of Mrs. Anderson's property allegedly taken by Defendants or others under their control in 2004, and separately, in 2007;

    e. Whether TCSD constructed and maintained a sewage system in a manner that made it prone to the discharge of sewage into the home or Mrs. Anderson and/or others;

    f. What steps TCSD took to prevent its sewage system from being prone to the discharge of sewage into the home or Mrs. Anderson and/or others;

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

2
**JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER**

g. Whether Defendants completely removed TCSD's sewage from Mrs. Anderson's home;

h. Whether Defendants completely repaired damage done to Mrs. Anderson's home by TCSD's sewage;

i. Whether Defendants adequately supervised the persons they sent to clean and/or repair Mrs. Anderson's home;

j. Whether Defendants acted in a manner reasonably calculated to give due consideration to Mrs. Anderson's claims for remediation and repair of her home;

k. The extent to which each Defendant interfered with Mrs. Anderson's efforts to obtain the remediation and repair of her home;

l. Whether Defendants engaged in disparate treatment of Mrs. Anderson's effort to obtain the remediation and repair of her home because of her race, gender, age, and/or religious practices;

m. Whether Plaintiff was harmed by any conduct of Defendants;

n. Whether Plaintiff has mitigated any damages;

o. Whether defendants controlled the conduct of any person not an employee;

p. The nature and extent of damage to the Anderson home as a result of each of the 2004 and 2007 sewage backflows;

q. The fair market value of the property destroyed as a result of each of the 2004 and 2007 sewage backflows;

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

3
**JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER**

     r. The cost to repair property damaged as a result of each of the 2004 and 2007 sewage backflows;

  3. <u>Legal Issues.</u> The principal legal issues disputed by the parties are:

     a. Whether any Defendant had a duty to respond to the entry of TCSD's sewage into the home of Plaintiff Marjory Anderson;

     b. The extent to which each Defendant was obligated to settle the claims of Mrs. Anderson;

     c. Whether Defendants are immune from Plaintiff's claims under Cal. Government Code § 815, *et.seq.* or otherwise;

     d. Whether some of Plaintiff's State claims are barred by CCP §§ 338 or any other applicable statute of limitation or by the claim statute set forth in Government Code § 900 *et seq.*;

     e. Whether Defendants had a legal duty to control the conduct of any third party with respect to the Anderson property;

     f. Which Defendants are immune from punitive damages;

     g. The effect of Government Code § 818;

     h. Whether Defendants are shielded from liability due to Mrs. Anderson's failure to install a sewage backflow valve; and

     i. Whether SDRMA is a proper party to this action.

  4. <u>Motions:</u> Any dispositive motions shall be set for hearing no later than April 30, 2009.

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

4
**JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER**

5. <u>Amendment of Pleadings</u>: The Parties may amend their pleadings until November 3, 2008. The Parties reserve their right to object to an amended pleading by the other Party.

6. <u>Evidence Preservation</u>:

<u>Plaintiff requests the following evidence-preservation order</u>: The Parties shall not destroy, conceal, or alter any paper or electronic files, other data and metadata generated by and/or stored on your computer systems and storage media (e.g., hard disks, floppy disks, backup tapes), or any other electronic data, such as voicemail, if such files might contain any information related to, or likely to lead to information concerning, the entry of sewage into the residence of Plaintiff or any other customer of TCSD, the actions of any Defendant or his or its employee, agent with respect to remediation of the entry of sewage into the residence of Plaintiff or any other customer of TCSD, communications between any Defendant and Plaintiff Marjory Anderson. This includes, without limitation: email and other electronic communications; word processing documents; spreadsheets; data bases; calendars; telephone logs; contact manager information; internet usage files; offline storage or information stored on removable media; information contained on laptops, personal digital assistants, or other portable devises; and network access information. The parties reserve their rights to object to the production of electronic communications to the extent provided by F. R. Civ. Proc. Rule 34.

<u>Defendants request the following evidence-preservation order</u>: The Parties agree to preserve evidence to the extent and manner provided by law.

7. <u>Disclosures</u>: The parties certify that they will make made the following initial disclosures by August 20, 2008:

5
**JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER**

a. Persons;

b. Documents;

c. Damage Computations; and

d. Insurance Agreements.

8. <u>Discovery</u>: The Parties anticipate Plaintiff's taking no more than five (5) depositions and Defendants taking no more than five (5) depositions. The Parties anticipate taking written discovery, including Interrogatories, Requests for Documents, and Requests for Admission. The Parties agree that they may serve Interrogatories, in addition to those allowed by F.R. Civ. P. Rule 33, to request the factual basis and supporting documentation and testimony regarding any denied Requests for Admission. The Parties agree to the following Discovery Plan:

a. Initial Disclosures to be completed by August 20, 2008;

b. All written discovery to be served no later than December 1, 2008;

c. All discovery to be completed no later than January 30, 2009;

d. Disclosure of Expert Testimony to be completed by February 23, 2009;

e. Depositions of Expert Witnesses may be taken between March 9, 2009 and April 3, 2009; and

f. Pretrial Disclosures shall be made on April 10, 2009.

Defendant Tamalpais Community Services District requests that the Court order bifurcation of trial and discovery regarding plaintiff's 42 U.S.C. Section 1983 <u>Monell</u> claims regarding

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

6
**JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER**

pattern, practice and policy. Plaintiff opposes such an order as an undue delay of resolution of this matter.

9. <u>Class Actions</u>: The Parties do not anticipate that they will request this action to be certified as a class action.

10. <u>Related Cases</u>: The Parties are aware of no related cases that have been commenced in this or any other Court.

11. <u>Relief</u>: Plaintiff seeks monetary damages.

12. <u>Settlement and ADR</u>: Pursuant to Local Rule 16-8, the Parties agree to complete Early Neutral Evaluation by October 20, 2008.

13. <u>Consent to Magistrate Judge for All Purposes and Disclosure of Counsel's Former Employment by Former Firm of Assigned Judge</u>: The case has already been assigned to Chief Judge Vaughn R. Walker. Plaintiff's counsel has disclosed to Defendants' counsel that he was briefly supervised by Chief Judge Walker while a summer associate employed by Judge Walker's former firm, Pillsbury, Madison & Sutro, during the summer of 1987 and/or 1998.

14. <u>Other References</u>: The Parties do not believe this matter would be appropriately referred to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. <u>Narrowing of Issues</u>: The Parties will evaluate how the issues might be narrowed and file any necessary stipulations to narrow the issues no later than January 21, 2009.

16. <u>Expedited Schedule</u>: The Parties believe that the following schedule calls for the promptest feasible resolution of this matter.

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

7
**JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER**

17. <u>Scheduling</u>: The parties agree to the following scheduling:

    a. All discovery motions concerning matters other than Expert Testimony shall be heard no later than February 19, 2009;

    b. Any dispositive motions shall be set for hearing no later than April 30, 2009.

    c. Pretrial Conference shall be held on _____, 2009, at _____:____ ____m

18. <u>Trial</u>: The parties request a trial date as follows: June 1, 2009. The Parties anticipate that Trial will last approximately five to ten days. All parties request a Jury Trial.

19. <u>Disclosure of Non-Party Interested Entities or Persons</u>: The Parties have not identified any non-party interested entity or person at this time, but Plaintiff expects that discovery will reveal facts sufficient to name individuals employed by TCSD, SDRMA and/or Pearce & Frankman as additional defendants.

20. After completion of the Early Neutral Evaluation, the Parties will consider whether Mediation might resolve this matter in a just, speedy, and inexpensive manner, and if so, may ask the Court, by stipulation, for leave to adjust case scheduling to accommodate Mediation.

DATED: August 13, 2008

                            _____/s/_____
                            Antonio L. Cortes,
                            Counsel for Plaintiff

I certify that the following signatures of Defense Counsel were added by me with their permission.

                            _____/s/_____
                            Antonio L. Cortes,

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

_____8_____
**JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER**

DATED: August 13, 2008

_____/s/_____
Christine Lee, Bertrand, Fox & Elliot
Counsel for Defendants TCSD and Jon Elam

DATED: August 13, 2008

_____/s/_____
Albert A. Robert Rhoan, Jr., McCormick,
Barstow, Sheppard, Wayte & Carruth LLP
Counsel for Defendant SDRMA

DATED: August 13, 2008

_____/s/_____
Debra Steel Sturmer, Lerch Sturmer LLP
Counsel for Defendants Pearce & Frankman,
Inc. and Millen Griffith

## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

DATED: _____, 2008

_____
Vaughn R. Walker,
United States District Chief Judge

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

9

**JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER**