# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL  MINUTE ORDER

### VAUGHN R. WALKER
United States District Chief Judge

**DATE:**   August  21,  2008

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:**    Connie Kuhl

**CASE NO.** C 08-2354  VRW

**TITLE: MARJORY ANDERSON v TAMALPAIS COMMUNITY SVCS DIST, J ELAM**
**SPECIAL DIST RISK MGMT SVCS,**
**PEARCE & FRANKLIN, MILLEN GRIFFITH**

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Antonio Cortes | Eugene Eliott,  Christine Lee for TCSD.and Elam |
| | James Wagoner for SDRMA. |
| | Debra Steel, J Davis for Pearce & Franklin and |
| | Millen Griffith |

**PROCEEDINGS:**      1. TCSD's motion to Dismiss/Motion for More Definite Statement.
2. SDRMA's motion to Dismiss/Motion to Strike Portion of the Complaint

**RESULTS:**       The Court heard argument from counsel.
Claim Eight as it currently appears on the Complaint does not state a claim
for which relief can be granted.
The court granted plaintiff leave to amend the complaint.
Plaintiff to file an amended complaint no later than September 25, 2008.