ANTONIO L. CORTÉS
Attorney at Law
Bar No. 142356
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiff
Marjory Anderson

UNITED STATES DISTRICT COURT
NORTHERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORY ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>TAMALPAIS COMMUNITY SERVICES DISTRICT, *et al.,*<br><br>    Defendants | CASE NO. CV08-2354 VRW<br><br>**STIPULATED JOINT REQUEST FOR CONTINUANCE;**<br>**[PROPOSED] ORDER** |

The undersigned counsel jointly request this honorable Court to continue, until February 26, 2009, at 2:30 pm, the hearing of Defendants' Motions to Strike and Motions to Dismiss, currently set for February 5, 2009 at 2:30 pm.

Good cause for the requested continuance exists in the following circumstances: (1) the parties have been exploring possible settlement of the matters between them, and in so doing discussed the fact that minimizing attorneys' fees incurred in pursuing the subject motions would increase the economic window within which settlement might be reached, (2) counsel for Pearce and Frankman and Special District Risk Management Authority both acknowledged to Plaintiff's counsel that delay in the parties'

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

1
STIPULATED JOINT REQUEST FOR CONTINUANCE; [PROPOSED] ORDER

preparing opposition and reply briefs for the pending motions might be warranted, causing him to delay the preparation of appropriate opposition briefs; (3) the evaluation of settlement issues by one Defendant has taken longer than expected; and (4) Plaintiff's counsel now needs additional time to draft appropriate opposition briefs to the six (6) pending motions to address the possibility that settlement may not be reached until those motions are resolved.

DATED: January 15, 2009

_____/s/_____
Antonio L. Cortes,
Counsel for Plaintiff

DATED: January 15, 2009                MCCORMACK, BARSTOW, SHEPPARD
                                       WAYTE & CARUTH LLP


_____/s/_____
James P. Wagoner, Esq.
Counsel for Special District Risk Management
Authority

DATED: January 15, 2009                BERTRAND, FOX & ELLIOT


_____/s/_____
Eugene B. Elliot, Esq.,
Counsel for Jon Elam and Tamalpais
Community Services District

DATED: January 15, 2009                LERCH STURMER LLP


_____/s/_____
Debra Steel Sturmer, Esq.,
Counsel for Pearce and Frankman and Millen
Griffith

2
STIPULATED JOINT REQUEST FOR CONTINUANCE; [PROPOSED] ORDER

1  Attorney Attestation

2  Pursuant to General Order 45, I attest that I obtained the concurrence of the other signatories to this e-filed document before filing it.

DATED: January 15, 2009

_____/s/_____
Antonio L. Cortes

[~~PROPOSED~~] ORDER

The foregoing parties having requested a continuance of the February 5, 2009 hearing of Defendants' Motions to Dismiss and Motions to Strike, and good cause appearing therefor, it is hereby

ORDERED, that all pending Motions filed by Defendants shall be set for hearing February ~~26~~ 19, 2009, at 2:30 pm.

SO ORDERED

Date: 1/20/2009

GRANTED
/s/ Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

3
STIPULATED JOINT REQUEST FOR CONTINUANCE; [PROPOSED] ORDER