ANTONIO L. CORTÉS
Attorney at Law
Bar No. 142356
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiff
Marjory Anderson

UNITED STATES DISTRICT COURT
NORTHERN DISCTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARJORY ANDERSON, | ) | CASE NO. CV08-2354 VRW |
| | ) | |
| Plaintiff, | ) | **STIPULATED JOINT REQUEST** |
| | ) | **FOR CONTINUANCE;** |
| v. | ) | ~~[PROPOSED]~~ **ORDER** |
| | ) | |
| TAMALPAIS COMMUNITY SERVICES DISTRICT, *et al.,* | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

The undersigned counsel jointly request this honorable Court to continue, until April 1, 2009, at 2:30 pm, the oral arguments for Defendants' Motions to Strike and Motions to Dismiss, currently set for January 21, 2010 at 2:30 pm, and to allow them until March 2, 2010 to complete Early Neutral Evaluation ("ENE").

Good cause for the requested continuance exists in the following circumstances: (1) at the October 15, 2009 Case Management Conference, the Court set a deadline of December 24, 2009 before which the parties must complete ENE, informed counsel that they would be contacted by the ADR office to initiate the ENE process, and set a January 21, 2010 motion hearing date for further oral argument on Defendants' Motions to

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

1
STIPULATED JOINT REQUEST FOR CONTINUANCE; [PROPOSED] ORDER

Dismiss and Strike; (2) counsel were not contacted by the ADR office to initiate the ENE process; (3) accordingly, on December 8, 2009, Plaintiffs' counsel contacted the ADR office ask it to take whatever steps were necessary to initiate ENE proceedings; (4) Plaintiffs' Counsel was informed by the ADR Office that it was unaware that the Court had Ordered ENE, and that it could not arrange for ENE to occur by the ordered deadline; (5) this case was then referred to Early Neutral Evaluation later that date; (6) a Neutral was not appointed until December 14, 2009; (7) Counsel were first contacted by the Neutral on December 18, 2009; (8) the Neutral and counsel held the initial conference call to schedule the ENE on December 23, 2009; (9) the earliest date available for all concerned to attend the ENE is March 2, 2010, and that date has been scheduled for ENE; and (10) the Parties continue to desire completion of ENE some weeks prior to the oral arguments now set for January 21, 2010, as previously ordered by the Court, so that they can attempt to resolve the case prior to the Court's holding that hearing.

    Accordingly, the parties jointly request the Court: (1) to allow them until March 2, 2010 to complete ENE, and (2) to re-set oral arguments on Defendants' motions to dismiss for 2:30 on April 1, 2010, or as soon thereafter as is convenient for the Court.

DATED: December 23, 2009

                _____/s/_____
                Antonio L. Cortes,
                Counsel for Plaintiff

DATED: December 23, 2009      MCCORMACK, BARSTOW, SHEPPARD
                WAYTE & CARUTH LLP

                _____/s/_____
                James P. Wagoner, Esq.
                Counsel for Special District Risk Management
                Authority

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

DATED: December 23, 2009          BERTRAND, FOX & ELLIOT

_____/s/_____
Eugene B. Elliot, Esq.,
Counsel for Jon Elam and Tamalpais
Community Services District

DATED: December 23, 2009          LERCH STURMER LLP


_____/s/_____
Debra Steel Sturmer, Esq.,
Counsel for Pearce and Frankman and Millen Griffith

Attorney Attestation

Pursuant to General Order 45, I attest that I obtained the concurrence of the other signatories to this e-filed document before filing it.

DATED: December 23, 2009

_____/s/_____
Antonio L. Cortes

[~~PROPOSED~~] ORDER

The foregoing parties having requested a continuance of completion of Early Neutral Evaluation until March 2, 2010, and a continuance of the January 21, 2010 hearing of Defendants' Motions to Dismiss and Motions to Strike until April 1, 2010, and good cause appearing therefor, it is hereby

3
STIPULATED JOINT REQUEST FOR CONTINUANCE; [PROPOSED] ORDER

ORDERED, that (1) the parties shall complete Early Neutral Evaluation no later than March 2, 2010; and (2) a hearing of all pending Motions filed by Defendants shall be set for hearing April 1, 2010, at 2:30 pm.

SO ORDERED

Date: 12/28/2009

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919