UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MARJORIE ANDERSON,
    Plaintiff,

v.

TAMALPAIS COMMUNITY SERVICES DISTRICT, et al.,
    Defendants.
_____/

No. C 08-2354 VRW

**ORDER DENYING REQUEST FOR PLAINTIFF TO APPEAR TELEPHONICALLY AT ENE**

Date:    March 2, 2010
Mediator:  Dirk Schenkkan

    Defendant Special District Risk Management Authority has submitted a request for the representative of its insurance carrier, Brokers' Risk Placement Service, Inc., to appear telephonically at the March 2, 2010 ENE session with evaluator Dirk Schenkkan. Defendant has not made a showing that the insurance carrier representative's personal attendance at the ENE session would impose an extraordinary or otherwise unjustifiable hardship as required under ADR L.R. 5-10(d). Accordingly, the request is DENIED and the insurance representative shall appear at the ENE session in person.

    IT IS SO ORDERED.

February 22, 2010      By: *Elizabeth D. Laporte*
Dated      Elizabeth D. Laporte
United States Magistrate Judge