UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARJORY ANDERSON,

       Plaintiff,

  v.

TAMPALPAIS COMMUNITY SERVICES et al,

       Defendant.

Case Number: CV08-02354 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dirk M. Schenkkan
Howard Rice Nemerovski Canady Falk & Rabin
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111


Dated: February 22, 2010

                                      Richard W. Wieking, Clerk

                                      By: Lili M. Harrell, Deputy Clerk